# Proceeding Minutes / Proceeding Memo

**Case #:** 22-01818          **Case Name:** Jennifer King Jaynes

**Set:** 02/26/2026 10:30 am   **Chapter:** 13   **Type:** bk      **Judge** Katharine M. Samson

**matter**   Motion to Determine Validity of Payment Change Re: 21ST MORTGAGE CORPORATION (Re: 88 Notice of Mortgage Payment Change filed by Creditor 21st Mortgage Corporation) Filed by Trustee David Rawlings  (Dkt. #89)

---

   Minute Entry Re: (related document(s): [89] Motion to Determine Validity of Payment Change filed by David Rawlings) Wilson to submit a no response order. Order due by 03/12/2026. Email received from Wilson. (mcc)