United States Bankruptcy Court
Southern District of Mississippi

In re:                                             Case No. 22-01818-KMS
Jennifer King Jaynes                            Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3                        User: mssbad                            Page 1 of 2
Date Rcvd: Mar 03, 2026                   Form ID: pdf012                         Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 05, 2026:**

**Recip ID**               **Recipient Name and Address**
db                      +   Jennifer King Jaynes, 425 Mcnair Springs Rd, Magee, MS 39111-2957

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 05, 2026                          Signature:            /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 3, 2026 at the address(es) listed below:

**Name**                                  **Email Address**

David Rawlings
                                           ecfnotices@rawlings13.net sduncan@rawlings13.net

David Rawlings
                                           on behalf of Trustee David Rawlings ecfnotices@rawlings13.net sduncan@rawlings13.net

Jennifer A Curry Calvillo
                                           on behalf of Debtor Jennifer King Jaynes jennifer@therollinsfirm.com jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com

Samuel J. Duncan
                                           on behalf of Trustee David Rawlings sduncan@rawlings13.net

Thomas Carl Rollins, Jr
                                           on behalf of Debtor Jennifer King Jaynes trollins@therollinsfirm.com
                                           jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

District/off: 0538-3 User: mssbad Page 2 of 2
Date Rcvd: Mar 03, 2026 Form ID: pdf012 Total Noticed: 1

United States Trustee
    USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 6

SO ORDERED,

*Judge Katharine M. Samson*
*United States Bankruptcy Judge*
*Date Signed: March 3, 2026*

The Order of the Court is set forth below. The docket reflects the date entered.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   JENNIFER KING JAYNES,
         DEBTOR(S)

CHAPTER 13 BANKRUPTCY
CASE NO. 22-01818-KMS

DAVID RAWLINGS, TRUSTEE

### ORDER ON TRUSTEE'S
### MOTION TO REVIEW NOTICE OF MORTGAGE PAYMENT CHANGE

THIS DAY, THIS CAUSE came on to be heard on the Trustee's Motion to Review 21st Mortgage's (21) 01-26-2026 Notice of Mortgage Payment Change (Docket No. 89), and no Response having been filed, the Court finds the Motion is granted and that said Notice of Mortgage Payment Change is not allowed but shall be deemed a request to decrease the monthly Special Claim for taxes/insurance.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the Plan is modified to decrease the 21 monthly Special Claim for taxes/insurance to $104.66, effective the month following the entry of this Order, and the Trustee is directed to adjust the Plan payment accordingly.

IT IS, FURTHER, ORDERED AND ADJUDGED that this Order shall be considered a

–2–

final judgement as set forth in Rule 9021 of the Federal Rules of Bankruptcy Procedure and Rule 58 of the Federal Rules of Civil Procedure.

##END OF ORDER##

Submitted and Approved By:

/s/Samuel J. Duncan, Attorney
for Chapter 13 Trustee
PO Box 566
Hattiesburg, MS   39403
(601) 582-5011
Miss. Bar No. 6234
sduncan@rawlings13.net