21st NMLS 2280
MORTGAGE CORPORATION

Street Address: 620 Market Street
One Centre Square
Knoxville, TN 37902

Mailing address: P.O. Box 477
Knoxville, TN 37901

August 27th 2026

David Rawlings
David Rawlings, Chapter 13 Trustee
P.O. Box 566
Hattiesburg, MS 39403

Re: Loan #xx3847
Case 22-01818
Re: Jennifer King Jaynes

To Whom It May Concern:

Please be advised the above referenced loan has been paid in full. Please cease all disbursements to 21st Mortgage.

Sincerely,

/s/ Shawn Moore
21st Mortgage Corporation
Bankruptcy Coordinator
1-800-955-0021 ext 1443

Hours of Operation
Monday - Friday: 8 am - 6 pm ET